**LOGS Legal Group LLP**
Attorneys at Law

10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
Tel: (704) 333-8107 • Fax: (704) 333-8156

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Managing Attorney**
Sharon Marie Davis (licensed in AL)

April 13, 2022

Gary A. Backus
Backus Law Group
P.O. Box 1804
Montgomery, AL 36102

Re: **Debtor(s):** **Sherece Lefran Phillips aka Sherece L Phillips aka Sherece S Phillips**
    Secured Creditor: MidFirst Bank
    BK No.: 21-30869-CLH
    Chapter: 13
    Our File No.: 16-010765

Dear Bankruptcy Dept.:

Our client has advised us that the above Debtor has defaulted in the payments to be made pursuant to the Consent Order entered on January 5, 2022. A notice of default was sent on March 18, 2022 and was not cured within the required period. Therefore, we have advised our client that they are now free to proceed with foreclosure.

This letter will also serve as notice to the Trustee to terminate all disbursements to MidFirst Bank on the arrearage claim.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

LOGS LEGAL GROUP LLP

s/ S. Marie Davis_____
Marie Davis, Attorney for Creditor, Bar # ASB-5650-N70-D
madavis@logs.com |(704) 601-2451
LOGS Legal Group LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: (704) 333-8107 | Fax: (704) 333-8156
Electronic Service Notifications: logsecf@logs.com

cc: Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Sherece Lefran Phillips aka Sherece L Phillips aka Sherece S Phillips
4200 Hartford Street
Montgomery, AL 36116

**LOGS Legal Group LLP**
Attorneys at Law

10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
Tel: (704) 333-8107 • Fax: (704) 333-8156

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Managing Attorney**
Sharon Marie Davis (licensed in AL)

April 13, 2022

Gary A. Backus
Backus Law Group
P.O. Box 1804
Montgomery, AL 36102

Re: **Debtor(s):** **Sherece Lefran Phillips aka Sherece L Phillips aka Sherece S Phillips**
    Secured Creditor: MidFirst Bank
    BK No.: 21-30869-CLH
    Chapter: 13
    Our File No.: 16-010765

Dear Bankruptcy Dept.:

Our client has advised us that the above Debtor has defaulted in the payments to be made pursuant to the Consent Order entered on January 5, 2022. Therefore, we have advised our client that they are now free to proceed with foreclosure.

This letter will also serve as notice to the Trustee to terminate all disbursements to MidFirst Bank on the arrearage claim.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

LOGS LEGAL GROUP LLP

s/ S. Marie Davis
Marie Davis, Attorney for Creditor, Bar # ASB-5650-N70-D
madavis@logs.com |(704) 601-2451
LOGS Legal Group LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: (704) 333-8107 | Fax: (704) 333-8156
Electronic Service Notifications: logsecf@logs.com

cc:     Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Sherece Lefran Phillips aka Sherece L Phillips aka Sherece S Phillips
4200 Hartford Street
Montgomery, AL 36116